UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Eui Ro Lee § Case No. 1:13-04651-PSH
Gloria Lee §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/07/2013 . The undersigned trustee was appointed on 02/27/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 36,033.87 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 3,063.40 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 32,970.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/31/2013  and the deadline for filing governmental claims was  08/06/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,353.39 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,353.39 , for a total compensation of $ 4,353.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 134.01 , for total expenses of $ 134.01 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/05/2018                    By: /s/RONALD R. PETERSON
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-04651 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Eui Ro Lee | | | | Date Filed (f) or Converted (c): | 02/07/2013 (f) |
| | Gloria Lee | | | | 341(a) Meeting Date: | 02/27/2013 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 05/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash at Foster Bank | 145.54 | 23,533.87 | | 23,533.87 | FA |
| Debtor had two unincoporated businesses | | | | | |
| 2. 704 N. Coolidge Ave. Palatine, IL 60067 | 366,200.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Infinity QX / 156,000 mileage | 7,697.00 | 0.00 | | 0.00 | FA |
| 4. Computer Set / 2007 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Fax Machine / 1998 | 50.00 | 0.00 | | 0.00 | FA |
| 6. Shelving units / 1998 | 400.00 | 0.00 | | 0.00 | FA |
| 7. Showcase / 1998 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Fail Case / 1998 | 50.00 | 0.00 | | 0.00 | FA |
| 9. Fashion Jewelry 4786 dz | 5,982.50 | 0.00 | | 0.00 | FA |
| 10. Hair Accessories 3104 dz | 3,880.00 | 0.00 | | 0.00 | FA |
| 11. Winter Item 1398 pcs | 8,318.10 | 0.00 | | 0.00 | FA |
| 12. Socks 148 dz | 296.00 | 0.00 | | 0.00 | FA |
| 13. Underwear 461 dz | 1,267.75 | 0.00 | | 0.00 | FA |
| 14. Travel and Clothing Store            (u) | 20,000.00 | 20,000.00 | | 12,500.00 | FA |
| 15. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 16. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 17. Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 18. Conseco Life Insurance | 1,911.00 | 0.00 | | 0.00 | FA |
| 19. IRA Account Invesco  # 9000 | 22,849.71 | 0.00 | | 0.00 | FA |
| 20. Hanmi Travel Agency, Corp. - 100% Stock  (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $441,947.60 | $43,533.87 | | $36,033.87 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018:  TFR should be filed by 7/31/2018.

April 22, 2017:  The debtors are basically judgment proof; I shall close the estate.

April 25, 2016.  The Debtors reneged on a settlement, and I must sue them.

April 24, 2015, 01:22 pm:  The Debtors ceased making installment payments on the purchase of their inventory. I may have to sue them.

April 18, 2014, 11:07 a.m.:  The Debtors are making installment payments on the purchase of their inventory.

April 29, 2013, 09:25 a.m.  We discovered that the Debtors had two businesses which continued to operate post-petition.  The Debtors' lawyers explained that  Chapter 7 trustees never object to a debtor operating a Chapter 7 business for its own account.  Right.  We  have captured a good deal of money, and we are in the process of selling the Debtors' inventory back to them.

April 8, 2018:  I will file a final report by July 1, 2018.


Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 07/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/13 | 1 | FOSTER BANK | Bank Account | 1129-000 | $23,533.87 | | $23,533.87 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.57 | $23,511.30 |
| 05/06/13 | 14 | EUI RO LEE | tangible personal property | 1229-000 | $500.00 | | $24,011.30 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $33.82 | $23,977.48 |
| 06/03/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $24,977.48 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $35.53 | $24,941.95 |
| 07/03/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $25,941.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $35.79 | $25,906.16 |
| 08/02/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $26,906.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.42 | $26,867.74 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $39.90 | $26,827.84 |
| 09/24/13 | 14 | ELLI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $27,827.84 |
| 10/02/13 | 14 | ELU RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $28,827.84 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.94 | $28,788.90 |
| 11/05/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $29,788.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.75 | $29,746.15 |
| 12/05/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $30,746.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*　　　Page Subtotals:　$31,033.87　$287.72

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-04651 | Trustee Name: | RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: | Associated Bank |
| Gloria Lee | Account Number/CD#: | XXXXXX8604 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.61 | $30,703.54 |
| 01/07/14 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $31,703.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.45 | $31,658.09 |
| 02/04/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $32,658.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $46.78 | $32,611.31 |
| 03/07/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $33,611.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $43.65 | $33,567.66 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.62 | $33,518.04 |
| 04/08/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $34,518.04 |
| 05/07/14 | 14 | EUI RO LEE | Sale of Tangible Personal Property | 1229-000 | $1,000.00 | | $35,518.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.33 | $35,468.71 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.44 | $35,416.27 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.95 | $35,365.32 |
| 07/14/14 | | PREM GEORGE 1109 Falling WaterSanAntonio , Tx 78249 | Deposit in Incorrect Account | 8500-002 | $200.00 | | $35,565.32 |
| 07/14/14 | 30001 | PREM GEORGE | Trarnsfer to Correct Accunt | 8500-002 | | $200.00 | $35,365.32 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.58 | $35,312.74 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.50 | $35,260.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:                    $5,200.00         $685.91

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.73 | $35,209.51 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.35 | $35,157.16 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.58 | $35,106.58 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.19 | $35,054.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.12 | $35,002.27 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.00 | $34,955.27 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.97 | $34,903.30 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.22 | $34,853.08 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.82 | $34,801.26 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.07 | $34,751.19 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.67 | $34,699.52 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.59 | $34,647.93 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.85 | $34,598.08 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.44 | $34,546.64 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.70 | $34,496.94 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.29 | $34,445.65 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.21 | $34,394.44 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $0.00 | $865.80 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-04651 | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | Eui Ro Lee | Bank Name: | Associated Bank | |
| | Gloria Lee | Account Number/CD#: | XXXXXX8604 | |
| | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX6518 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.83 | $34,346.61 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.06 | $34,295.55 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.34 | $34,246.21 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.91 | $34,195.30 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.20 | $34,146.10 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.77 | $34,095.33 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.69 | $34,044.64 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.99 | $33,995.65 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.54 | $33,945.11 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.84 | $33,896.27 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.39 | $33,845.88 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.32 | $33,795.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*        Page Subtotals:        $0.00        $598.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON | |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank | |
| Gloria Lee | Account Number/CD#: XXXXXX8604 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.38 | $33,750.18 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.18 | $33,700.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.49 | $33,651.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.03 | $33,601.48 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.35 | $33,553.13 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.89 | $33,503.24 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.81 | $33,453.43 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.13 | $33,405.30 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.66 | $33,355.64 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.99 | $33,307.65 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.52 | $33,258.13 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.45 | $33,208.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Page Subtotals:      $0.00      $586.88

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.60 | $33,164.08 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.30 | $33,114.78 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.64 | $33,067.14 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.16 | $33,017.98 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.51 | $32,970.47 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $36,033.87 | $3,063.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,033.87 | $3,063.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,033.87 | $3,063.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*      Page Subtotals:      $0.00      $238.21

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8604 - Checking Account (Non-Interest Earn | $36,033.87 | $3,063.40 | $32,970.47 |
|  | $36,033.87 | $3,063.40 | $32,970.47 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,033.87 |
| Total Gross Receipts: | $36,033.87 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04651-PSH  
Debtor Name: Eui Ro Lee  
Claims Bar Date: 5/31/2013

Date: September 5, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,353.39 | $4,353.39 |
| 100 2200 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $134.01 | $134.01 |
| 1 300 7100 | ATLAS ACQUISITIONS LLC<br>(US BANK)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>Payment Status:<br>Withdrawn | Date Filed: 03/04/2013 | $0.00 | $20,365.92 | $0.00 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/05/2013 | $0.00 | $9,799.72 | $9,799.72 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/05/2013 | $0.00 | $10,484.94 | $10,484.94 |
| 4 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/05/2013 | $0.00 | $1,519.70 | $1,519.70 |
| 5 300 7100 | ADVANTA BANK CORPORATION<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/05/2013 | $0.00 | $18,903.18 | $18,903.18 |
| 6 300 7100 | RBS CITIZENS<br>443 Jefferson Blvd<br>RJW 135<br>Warwick, RI 02886 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/08/2013<br>(6-1) Credit Card | $0.00 | $5,249.98 | $5,249.98 |
| 7 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/15/2013 | $0.00 | $3,963.91 | $3,963.91 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04651-PSH  
Debtor Name: Eui Ro Lee  
Claims Bar Date: 5/31/2013  

Date: September 5, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured Payment Status: Valid To Pay | Date Filed: 03/15/2013 | $0.00 | $7,145.39 | $7,145.39 |
| 9 300 7100 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured Payment Status: Valid To Pay | Date Filed: 03/15/2013 | $0.00 | $3,069.34 | $3,069.34 |
| 10 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured Payment Status: Valid To Pay | Date Filed: 03/25/2013 | $0.00 | $7,416.08 | $7,416.08 |
| 11 300 7100 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/01/2013 (11-1) Modified on 4/2/2013 to correct creditor address, per claim. FR | $0.00 | $990.00 | $990.00 |
| 12 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/12/2013 | $0.00 | $5,570.28 | $5,570.28 |
| 13 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/12/2013 | $0.00 | $9,605.15 | $9,605.15 |
| 14 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/12/2013 | $0.00 | $9,530.16 | $9,530.16 |
| 15 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/12/2013 | $0.00 | $4,534.13 | $4,534.13 |
| 16 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/15/2013 | $0.00 | $12,905.38 | $12,905.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04651-PSH  
Debtor Name: Eui Ro Lee  
Claims Bar Date: 5/31/2013  
Date: September 5, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 300 7100 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured Payment Status: Valid To Pay | Date Filed: 04/15/2013 | $0.00 | $7,308.90 | $7,308.90 |
| 18 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/03/2013 | $0.00 | $3,387.53 | $3,387.53 |
| 19 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/13/2013 | $0.00 | $2,768.12 | $2,768.12 |
| 20 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/13/2013 | $0.00 | $12,794.56 | $12,794.56 |
| 21 300 7100 | American Express Bank, Fsb Becket And Lee Llp Attorneys/Agent For Creditor Pob 3001 Malvern, Pa 19355-0701 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/16/2013 | $0.00 | $4,084.74 | $4,084.74 |
| 22 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/26/2013 | $0.00 | $997.93 | $997.93 |
| 23 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/26/2013 | $0.00 | $2,015.99 | $2,015.99 |
| 24 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/26/2013 | $0.00 | $4,988.00 | $4,988.00 |
| 25 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/26/2013 | $0.00 | $873.06 | $873.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04651-PSH  
Debtor Name: Eui Ro Lee  
Claims Bar Date: 5/31/2013  

Date: September 5, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/20/2013 | $0.00 | $23,550.80 | $23,550.80 |
| 27 300 7100 | Portfolio Recovery Associates, Llc By Pra Receivables Management, Llc, Agen<br>Successor To Capital One, N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/29/2013 | $0.00 | $3,663.11 | $3,663.11 |
| 28 300 7100 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Associat<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/29/2013 | $0.00 | $3,170.86 | $3,170.86 |
| 29 300 7100 | Portfolio Recovery Associates, Llc Us Bank National Association Nd (Skypass Visa) By Pra Receivables Management, Llc<br>Po Box 41067<br>Norfolk, Va 23541 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/31/2013 | $0.00 | $942.81 | $942.81 |
|  | Case Totals |  |  | $0.00 | $206,087.07 | $185,721.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:13-04651-PSH
Case Name: Eui Ro Lee
               Gloria Lee
Trustee Name: RONALD R. PETERSON

        Balance on hand                                                             $             32,970.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 4,353.39 | $ 0.00 | $ 4,353.39 |
| Trustee Expenses: RONALD R. PETERSON | $ 134.01 | $ 0.00 | $ 134.01 |

    Total to be paid for chapter 7 administrative expenses           $        4,487.40
    Remaining Balance                                                    $       28,483.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,233.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 9,799.72 | $ 0.00 | $ 1,540.14 |
| 3 | DISCOVER BANK | $ 10,484.94 | $ 0.00 | $ 1,647.83 |
| 4 | DISCOVER BANK | $ 1,519.70 | $ 0.00 | $ 238.84 |
| 5 | ADVANTA BANK CORPORATION | $ 18,903.18 | $ 0.00 | $ 2,970.86 |
| 6 | RBS CITIZENS | $ 5,249.98 | $ 0.00 | $ 825.10 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 3,963.91 | $ 0.00 | $ 622.98 |
| 8 | CAPITAL ONE BANK (USA), N.A. | $ 7,145.39 | $ 0.00 | $ 1,122.98 |
| 9 | CAPITAL ONE BANK (USA), N.A. | $ 3,069.34 | $ 0.00 | $ 482.38 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 7,416.08 | $ 0.00 | $ 1,165.53 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 990.00 | $ 0.00 | $ 155.59 |
| 12 | Fia Card Services, N.A. | $ 5,570.28 | $ 0.00 | $ 875.44 |
| 13 | Fia Card Services, N.A. | $ 9,605.15 | $ 0.00 | $ 1,509.57 |
| 14 | Fia Card Services, N.A. | $ 9,530.16 | $ 0.00 | $ 1,497.78 |
| 15 | Fia Card Services, N.A. | $ 4,534.13 | $ 0.00 | $ 712.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Fia Card Services, N.A. | $ 12,905.38 | $ 0.00 | $ 2,028.24 |
| 17 | Fia Card Services, N.A. | $ 7,308.90 | $ 0.00 | $ 1,148.68 |
| 18 | Ecast Settlement Corporation, Assignee | $ 3,387.53 | $ 0.00 | $ 532.39 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,768.12 | $ 0.00 | $ 435.04 |
| 20 | Pyod, Llc Its Successors And Assigns As Assignee | $ 12,794.56 | $ 0.00 | $ 2,010.82 |
| 21 | American Express Bank, Fsb | $ 4,084.74 | $ 0.00 | $ 641.97 |
| 22 | Ecast Settlement Corporation, Assignee | $ 997.93 | $ 0.00 | $ 156.84 |
| 23 | Ecast Settlement Corporation, Assignee | $ 2,015.99 | $ 0.00 | $ 316.84 |
| 24 | Ecast Settlement Corporation, Assignee | $ 4,988.00 | $ 0.00 | $ 783.92 |
| 25 | Ecast Settlement Corporation, Assignee | $ 873.06 | $ 0.00 | $ 137.21 |
| 26 | AMERICAN EXPRESS CENTURION BANK | $ 23,550.80 | $ 0.00 | $ 3,701.29 |
| 27 | Portfolio Recovery Associates, Llc | $ 3,663.11 | $ 0.00 | $ 575.70 |
| 28 | Portfolio Recovery Associates, Llc | $ 3,170.86 | $ 0.00 | $ 498.34 |
| 29 | Portfolio Recovery Associates, Llc | $ 942.81 | $ 0.00 | $ 148.18 |

Total to be paid to timely general unsecured creditors          $          28,483.07

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE