# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Eui Ro Lee | § | Case No. 1:13-04651-PSH |
| Gloria Lee | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/18/2018 in Courtroom 644,

        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2018                By: /s/ Ronald R. Peterson
                                                                 Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § § § | |
| Eui Ro Lee § | Case No. 1:13-04651-PSH |
| Gloria Lee § § § | |
| Debtors § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 36,033.87 |
| and approved disbursements of | $ | 3,063.40 |
| leaving a balance on hand of[1] | $ | 32,970.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 4,353.39 | $ 0.00 | $ 4,353.39 |
| Trustee Expenses: RONALD R. PETERSON | $ 134.01 | $ 0.00 | $ 134.01 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,487.40 |
| Remaining Balance | | $ | 28,483.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,233.75 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 9,799.72 | $ 0.00 | $ 1,540.14 |
| 3 | DISCOVER BANK | $ 10,484.94 | $ 0.00 | $ 1,647.83 |
| 4 | DISCOVER BANK | $ 1,519.70 | $ 0.00 | $ 238.84 |
| 5 | ADVANTA BANK CORPORATION | $ 18,903.18 | $ 0.00 | $ 2,970.86 |
| 6 | RBS CITIZENS | $ 5,249.98 | $ 0.00 | $ 825.10 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 3,963.91 | $ 0.00 | $ 622.98 |
| 8 | CAPITAL ONE BANK (USA), N.A. | $ 7,145.39 | $ 0.00 | $ 1,122.98 |
| 9 | CAPITAL ONE BANK (USA), N.A. | $ 3,069.34 | $ 0.00 | $ 482.38 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 7,416.08 | $ 0.00 | $ 1,165.53 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 990.00 | $ 0.00 | $ 155.59 |
| 12 | Fia Card Services, N.A. | $ 5,570.28 | $ 0.00 | $ 875.44 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Fia Card Services, N.A. | $ 9,605.15 | $ 0.00 | $ 1,509.57 |
| 14 | Fia Card Services, N.A. | $ 9,530.16 | $ 0.00 | $ 1,497.78 |
| 15 | Fia Card Services, N.A. | $ 4,534.13 | $ 0.00 | $ 712.59 |
| 16 | Fia Card Services, N.A. | $ 12,905.38 | $ 0.00 | $ 2,028.24 |
| 17 | Fia Card Services, N.A. | $ 7,308.90 | $ 0.00 | $ 1,148.68 |
| 18 | Ecast Settlement Corporation, Assignee | $ 3,387.53 | $ 0.00 | $ 532.39 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,768.12 | $ 0.00 | $ 435.04 |
| 20 | Pyod, Llc Its Successors And Assigns As Assignee | $ 12,794.56 | $ 0.00 | $ 2,010.82 |
| 21 | American Express Bank, Fsb | $ 4,084.74 | $ 0.00 | $ 641.97 |
| 22 | Ecast Settlement Corporation, Assignee | $ 997.93 | $ 0.00 | $ 156.84 |
| 23 | Ecast Settlement Corporation, Assignee | $ 2,015.99 | $ 0.00 | $ 316.84 |
| 24 | Ecast Settlement Corporation, Assignee | $ 4,988.00 | $ 0.00 | $ 783.92 |
| 25 | Ecast Settlement Corporation, Assignee | $ 873.06 | $ 0.00 | $ 137.21 |
| 26 | AMERICAN EXPRESS CENTURION BANK | $ 23,550.80 | $ 0.00 | $ 3,701.29 |
| 27 | Portfolio Recovery Associates, Llc | $ 3,663.11 | $ 0.00 | $ 575.70 |
| 28 | Portfolio Recovery Associates, Llc | $ 3,170.86 | $ 0.00 | $ 498.34 |
| 29 | Portfolio Recovery Associates, Llc | $ 942.81 | $ 0.00 | $ 148.18 |

Total to be paid to timely general unsecured creditors     $     28,483.07

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EUI RO LEE and GLORIA LEE, | ) | CASE NO. 13-04651 |
| | ) | |
| Debtor(s). | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing:  October 18, 2018 |
| | ) |             10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on Friday, September 7, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



/s/  *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

*In re Eui Ro Lee and Gloria Lee*
**Case No. 13-04651**

**VIA ECF NOTIFICATION:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com
- rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Myeoung H Lee    ibtlaws@gmail.com

**VIA FIRST CLASS U.S. MAIL:**

Eui Ro Lee
704 N. Coolidge Ave.
Palatine, IL 60067-2222

Gloria Lee
704 N. Coolidge Ave.
Palatine, IL 60067-2222

Myeoung H.Lee
Lee Yoo Bae LLP
1245 Milwaukee Ave  #101
Glenview, IL 60025-2400

Advanta Bank Corp
PO Box 31032
Tampa, FL 33631-3032

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

American Express Bank, FSB
Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-894

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Bank Of America
PO Box 982235
El Paso, TX 79998-2235

Blatt Hasenmiller Leibsker And Moore LLC
125 S. Wacker Drive Ste 400
Chicago, IL 60606-4440

Blitt And Gaines PC
661 W Glenn Avenue
Wheeling, IL 60090-6017

Cach LLC
4340 S Monaco St Unit 2
Denver, CO 80237-3408

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Charter One Bank
Mail Code JSC 3285
4780 Hinckley Industrial Parkway
Cleveland, OH 44109-6003

Charter One N.A.
870 Westminster St
Providence, RI 02903-4024

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank
PO Box 790034
St. Louis, MO  63179-0034

Client Services Inc
3451 Harry S Truman Blvd
St Charles, MO 63301-9816

Codilis and Associates PC
15W030 North Frontage Road Ste 100
Burr Ridge, IL 60527-6921

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Delta Outsource Group Inc
PO Box 1210
O Fallon, MO 63366-9010

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Echelon Recovery Inc
PO Box 1880
Voorhees, NJ 08043-7880

FIA Card Services, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Freedman Anselmo Lindberg LLC
1807 West Diehl Road, Ste. 333
PO Box 3228
Naperville, IL 60566-3228

IBT Laws LLC
1245 Milwaukee Ave #101
Glenview, IL 60025-2400

MBB
1460 Renaissance Drive
Park Ridge, IL  60068-1331

2

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

NES OF OHIO
29125 Solon Road
Solon, OH 44139-3442

PYOD, LLC, its successors and assigns
 As Assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC  29602-9008

Pioneer Credit Recovery Inc
PO Box 979105
Saint Louis, MO 63197-9001

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA  23541-1067

Portfolio Recovery & Affiliates
120 Corporate Blvd., Suite. 1
Norfolk, VA  23502-4952

RBS Citizens
443 Jefferson Blvd
RJW 135
Warwick RI 02886-1321

RBS Citizens NA
1000 Lafayette Blvd.
Bridgeport, CT 06604-4725

Tricounty Emergency Physicians
450 W 11 Route 22
Barrington, IL  60010

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

Unvl/Citi
PO Box 6241
Sioux Falls, SD 57117-6241

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL  60604-2027

3