# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Eui Ro Lee | § | Case No. 1:13-04651-PSH |
| Gloria Lee | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 394,341.35
*(Without deducting any secured claims)*

Assets Exempt: 27,460.71

Total Distributions to Claimants: 28,483.07

Claims Discharged
Without Payment:  816,569.62

Total Expenses of Administration:  7,550.80

3) Total gross receipts of $ 36,033.87  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 36,033.87  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 379,109.14 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,550.80 | 7,550.80 | 7,550.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 284,709.80 | 201,599.67 | 181,233.75 | 28,483.07 |
| **TOTAL DISBURSEMENTS** | $ 663,818.94 | $ 209,150.47 | $ 188,784.55 | $ 36,033.87 |

4)  This case was originally filed under chapter 7 on  02/07/2013 .  The case was pending for 73 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/14/2019                         By:/s/RONALD R. PETERSON
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash at Foster Bank | 1129-000 | 23,533.87 |
| Travel and Clothing Store | 1229-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 36,033.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PREM GEORGE | Non-Estate Funds Paid to Third Parties | 8500-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bank Mail Code JSC 3285 4780 Hinckley Industrial Parkway Cleveland, OH  44109 | | 97,796.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Na 870 Westminster St Providence, RI  02903 | | 206,657.00 | NA | NA | 0.00 |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | 74,656.00 | NA | NA | 0.00 |
| | Codilid And Associates PC 15W030 North Frontage Road Ste 100 Burr Ridge, IL  60527 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg LLC 1807 West Diehl Road Ste 333 PO Box 3228 Naperville, IL  60566 | | 0.00 | NA | NA | 0.00 |
| | Pioneer Credit Recovery Inc PO Box 979105 Saint Louis, MO  63197 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 379,109.14 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 4,353.39 | 4,353.39 | 4,353.39 |
| RONALD R. PETERSON | 2200-000 | NA | 134.01 | 134.01 | 134.01 |
| ASSOCIATED BANK | 2600-000 | NA | 3,063.40 | 3,063.40 | 3,063.40 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,550.80 | $ 7,550.80 | $ 7,550.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 31032 Tampa, FL  33631 | | 23,108.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 31032 Tampa, FL  33631 | | 1,339.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | 23,550.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 7,308.90 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 4,534.13 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 9,612.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 5,570.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 12,905.38 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 9,605.00 | NA | NA | 0.00 |
| | Blatt Hasenmiller Leibsker And Moore LLC 125 S. Wacker Drive Ste 400 Chicago, IL  60606 | | 0.00 | NA | NA | 0.00 |
| | Blitt And Gaines PC 661 W Glenn Avenue Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach LLC 4340 S Monaco St Unit 2 Denver, CO  80237 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 3,963.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 7,145.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 3,069.00 | NA | NA | 0.00 |
| | Cbe Group 1309 Technology Pkwy Cedar Falls, IA  50613 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 12,749.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 3,387.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 2,015.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 997.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 4,988.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE  19850 | | 758.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Att Universal Card Processing Center Des Moines, IA 50363 | | 13,843.39 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 2,768.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 9,496.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 12,794.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 24,528.00 | NA | NA | 0.00 |
| | Client Services Inc 3451 Harry S Truman Blvd St Charles, MO 63301 | | 0.00 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197 | | 452.00 | NA | NA | 0.00 |
| | Delta Outsource Group Inc PO Box 1210 O Fallon, MO 63366 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,799.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 10,484.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 1,494.00 | NA | NA | 0.00 |
| | Echelon Recovery Inc PO Box 1880 Voorhees, NJ  08043 | | 0.00 | NA | NA | 0.00 |
| | Mbb 1460 Renaissance Dr Park Ridge, IL  60068 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 7,524.00 | NA | NA | 0.00 |
| | NES OF OHIO 29125 Solon Road Solon, OH  44139 | | 0.00 | NA | NA | 0.00 |
| | NES OF OHIO 29125 Solon Road Solon, OH  44139 | | 0.00 | NA | NA | 0.00 |
| | NES OF OHIO 29125 Solon Road Solon, OH  44139 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recvry&affil 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 3,663.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | 4,412.00 | NA | NA | 0.00 |
| | Tricounty Emergency Physicians 450 W 11 Route 22 Barrington, IL  60010 | | 217.00 | NA | NA | 0.00 |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | 11,480.00 | NA | NA | 0.00 |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | 13,843.00 | NA | NA | 0.00 |
| | US Bank 4325 17th Ave S Fargo, ND  58125 | | 20,366.00 | NA | NA | 0.00 |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND  58125 | | 943.00 | NA | NA | 0.00 |
| 5 | ADVANTA BANK CORPORATION | 7100-000 | NA | 18,903.18 | 18,903.18 | 2,970.86 |
| 21 | American Express Bank, Fsb | 7100-000 | NA | 4,084.74 | 4,084.74 | 641.97 |
| 26 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 23,550.80 | 23,550.80 | 3,701.29 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 7,416.08 | 7,416.08 | 1,165.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (US BANK) | 7100-000 | NA | 20,365.92 | 0.00 | 0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 990.00 | 990.00 | 155.59 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,963.91 | 3,963.91 | 622.98 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 7,145.39 | 7,145.39 | 1,122.98 |
| 9 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,069.34 | 3,069.34 | 482.38 |
| 2 | DISCOVER BANK | 7100-000 | NA | 9,799.72 | 9,799.72 | 1,540.14 |
| 3 | DISCOVER BANK | 7100-000 | NA | 10,484.94 | 10,484.94 | 1,647.83 |
| 4 | DISCOVER BANK | 7100-000 | NA | 1,519.70 | 1,519.70 | 238.84 |
| 18 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 3,387.53 | 3,387.53 | 532.39 |
| 22 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 997.93 | 997.93 | 156.84 |
| 23 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 2,015.99 | 2,015.99 | 316.84 |
| 24 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 4,988.00 | 4,988.00 | 783.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 873.06 | 873.06 | 137.21 |
| 12 | Fia Card Services, N.A. | 7100-000 | NA | 5,570.28 | 5,570.28 | 875.44 |
| 13 | Fia Card Services, N.A. | 7100-000 | NA | 9,605.15 | 9,605.15 | 1,509.57 |
| 14 | Fia Card Services, N.A. | 7100-000 | NA | 9,530.16 | 9,530.16 | 1,497.78 |
| 15 | Fia Card Services, N.A. | 7100-000 | NA | 4,534.13 | 4,534.13 | 712.59 |
| 16 | Fia Card Services, N.A. | 7100-000 | NA | 12,905.38 | 12,905.38 | 2,028.24 |
| 17 | Fia Card Services, N.A. | 7100-000 | NA | 7,308.90 | 7,308.90 | 1,148.68 |
| 27 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,663.11 | 3,663.11 | 575.70 |
| 28 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,170.86 | 3,170.86 | 498.34 |
| 29 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 942.81 | 942.81 | 148.18 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,768.12 | 2,768.12 | 435.04 |
| 20 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 12,794.56 | 12,794.56 | 2,010.82 |
| 6 | RBS CITIZENS | 7100-000 | NA | 5,249.98 | 5,249.98 | 825.10 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 284,709.80 | $ 201,599.67 | $ 181,233.75 | $ 28,483.07 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-04651 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Eui Ro Lee | | | | Date Filed (f) or Converted (c): | 02/07/2013 (f) |
| | Gloria Lee | | | | 341(a) Meeting Date: | 02/27/2013 |
| For Period Ending: | 02/14/2019 | | | | Claims Bar Date: | 05/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash at Foster Bank | 145.54 | 23,533.87 | | 23,533.87 | FA |
| Debtor had two unincoporated businesses | | | | | |
| 2.  704 N. Coolidge Ave. Palatine, IL 60067 | 366,200.00 | 0.00 | | 0.00 | FA |
| 3.  2006 Infinity QX / 156,000 mileage | 7,697.00 | 0.00 | | 0.00 | FA |
| 4.  Computer Set / 2007 | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Fax Machine / 1998 | 50.00 | 0.00 | | 0.00 | FA |
| 6.  Shelving units / 1998 | 400.00 | 0.00 | | 0.00 | FA |
| 7.  Showcase / 1998 | 100.00 | 0.00 | | 0.00 | FA |
| 8.  Fail Case / 1998 | 50.00 | 0.00 | | 0.00 | FA |
| 9.  Fashion Jewelry 4786 dz | 5,982.50 | 0.00 | | 0.00 | FA |
| 10.  Hair Accessories 3104 dz | 3,880.00 | 0.00 | | 0.00 | FA |
| 11.  Winter Item 1398 pcs | 8,318.10 | 0.00 | | 0.00 | FA |
| 12.  Socks 148 dz | 296.00 | 0.00 | | 0.00 | FA |
| 13.  Underwear 461 dz | 1,267.75 | 0.00 | | 0.00 | FA |
| 14.  Travel and Clothing Store          (u) | 20,000.00 | 20,000.00 | | 12,500.00 | FA |
| 15.  Household  Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 16.  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 17.  Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 18.  Conseco Life Insurance | 1,911.00 | 0.00 | | 0.00 | FA |
| 19.  IRA Account Invesco  # 9000 | 22,849.71 | 0.00 | | 0.00 | FA |
| 20.  Hanmi Travel Agency, Corp. - 100% Stock  (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $441,947.60          $43,533.87                    $36,033.87          $0.00

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018:  TFR should be filed by 7/31/2018.

April 22, 2017:  The debtors are basically judgment proof; I shall close the estate.

April 25, 2016.  The Debtors reneged on a settlement, and I must sue them.

April 24, 2015, 01:22 pm:  The Debtors ceased making installment payments on the purchase of their inventory. I may have to sue them.

April 18, 2014, 11:07 a.m.:  The Debtors are making installment payments on the purchase of their inventory.

April 29, 2013, 09:25 a.m.  We discovered that the Debtors had two businesses which continued to operate post-petition.  The Debtors' lawyers explained that  Chapter 7 trustees never object to a debtor operating a Chapter 7 business for its own account.  Right.  We  have captured a good deal of money, and we are in the process of selling the Debtors' inventory back to them.

April 8, 2018:  I will file a final report by July 1, 2018.


Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 07/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04651          Exhibit 9

Case Name: Eui Ro Lee

Gloria Lee

Taxpayer ID No: XX-XXX6518

For Period Ending: 02/14/2019

Trustee Name: RONALD R. PETERSON
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8604
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/13 | 1 | FOSTER BANK | Bank Account | 1129-000 | $23,533.87 | | $23,533.87 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.57 | $23,511.30 |
| 05/06/13 | 14 | EUI RO LEE | tangible personal property | 1229-000 | $500.00 | | $24,011.30 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $33.82 | $23,977.48 |
| 06/03/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $24,977.48 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $35.53 | $24,941.95 |
| 07/03/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $25,941.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $35.79 | $25,906.16 |
| 08/02/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $26,906.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.42 | $26,867.74 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $39.90 | $26,827.84 |
| 09/24/13 | 14 | ELLI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $27,827.84 |
| 10/02/13 | 14 | ELU RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $28,827.84 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.94 | $28,788.90 |
| 11/05/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $29,788.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.75 | $29,746.15 |
| 12/05/13 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $30,746.15 |

Page Subtotals:     $31,033.87     $287.72

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Case 13-04651    Doc 52    Filed 04/11/19    Entered 04/11/19 08:46:57    Desc Main
Document    Page 17 of 27

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 13-04651 | | Trustee Name: RONALD R. PETERSON | Exhibit 9 |
| Case Name: Eui Ro Lee | | Bank Name: Associated Bank | |
| Gloria Lee | | Account Number/CD#: XXXXXX8604 | |
| | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX6518 | | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 02/14/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.61 | $30,703.54 |
| 01/07/14 | 14 | EUI RO LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $31,703.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.45 | $31,658.09 |
| 02/04/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $32,658.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $46.78 | $32,611.31 |
| 03/07/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $33,611.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $43.65 | $33,567.66 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.62 | $33,518.04 |
| 04/08/14 | 14 | EUI LEE | Tangible Personal Property | 1229-000 | $1,000.00 | | $34,518.04 |
| 05/07/14 | 14 | EUI RO LEE | Sale of Tangible Personal Property | 1229-000 | $1,000.00 | | $35,518.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.33 | $35,468.71 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.44 | $35,416.27 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.95 | $35,365.32 |
| 07/14/14 | | PREM GEORGE 1109 Falling WaterSanAntonio , Tx 78249 | Deposit in Incorrect Account | 8500-002 | $200.00 | | $35,565.32 |
| 07/14/14 | 30001 | PREM GEORGE | Trarnsfer to Correct Accunt | 8500-002 | | $200.00 | $35,365.32 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.58 | $35,312.74 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.50 | $35,260.24 |

Page Subtotals:                                    $5,200.00       $685.91

Case 13-04651   Doc 52   Filed 04/11/19   Entered 04/11/19 08:46:57   Desc Main
Document   Page 18 of 27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-04651 | | Trustee Name: RONALD R. PETERSON | | Exhibit 9 |
|---|---|---|---|---|

Case Name: Eui Ro Lee
    Gloria Lee

Bank Name: Associated Bank
Account Number/CD#: XXXXXX8604
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX6518
For Period Ending: 02/14/2019

Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.73 | $35,209.51 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.35 | $35,157.16 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.58 | $35,106.58 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.19 | $35,054.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.12 | $35,002.27 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.00 | $34,955.27 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.97 | $34,903.30 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.22 | $34,853.08 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.82 | $34,801.26 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.07 | $34,751.19 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.67 | $34,699.52 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.59 | $34,647.93 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.85 | $34,598.08 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.44 | $34,546.64 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.70 | $34,496.94 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.29 | $34,445.65 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.21 | $34,394.44 |
| | | | Page Subtotals: | | $0.00 | $865.80 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04651

Case Name: Eui Ro Lee

Gloria Lee

Taxpayer ID No: XX-XXX6518

For Period Ending: 02/14/2019

Trustee Name: RONALD R. PETERSON

Bank Name: Associated Bank

Account Number/CD#: XXXXXX8604

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $54,824,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.83 | $34,346.61 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.06 | $34,295.55 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.34 | $34,246.21 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.91 | $34,195.30 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.20 | $34,146.10 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.77 | $34,095.33 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.69 | $34,044.64 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.99 | $33,995.65 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.54 | $33,945.11 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.84 | $33,896.27 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.39 | $33,845.88 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.32 | $33,795.56 |

Page Subtotals: $0.00   $598.88

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04651 | Trustee Name:  RONALD R. PETERSON |
| Case Name:  Eui Ro Lee | Bank Name:  Associated Bank |
| Gloria Lee | Account Number/CD#:  XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.38 | $33,750.18 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.18 | $33,700.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.49 | $33,651.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.03 | $33,601.48 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.35 | $33,553.13 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.89 | $33,503.24 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.81 | $33,453.43 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.13 | $33,405.30 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.66 | $33,355.64 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.99 | $33,307.65 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.52 | $33,258.13 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.45 | $33,208.68 |

Page Subtotals:                               $0.00          $586.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $44.60 | $33,164.08 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $49.30 | $33,114.78 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $47.64 | $33,067.14 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $49.16 | $33,017.98 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $47.51 | $32,970.47 |
| 10/24/18 | 30002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Distribution | | | | $4,487.40 | $28,483.07 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($4,353.39) | 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($134.01) | 2200-000 | | | |
| 10/24/18 | 30003 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Distribution | | | | $3,426.81 | $25,056.26 |
| | | DISCOVER BANK | Final distribution to claim 2 representing a payment of 15.72 % per court order. | ($1,540.14) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 3 representing a payment of 15.72 % per court order. | ($1,647.83) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 4 representing a payment of 15.72 % per court order. | ($238.84) | 7100-000 | | | |

| | | Page Subtotals: | | | | $0.00 | $8,152.42 | |
|---|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/18 | 30004 | ADVANTA BANK CORPORATION Resurgent Capital Services PO Box 10368 Greenville, SC  29603-0368 | Final distribution to claim 5 representing a payment of 15.72 % per court order. | 7100-000 | | $2,970.86 | $22,085.40 |
| 10/24/18 | 30005 | RBS CITIZENS 443 Jefferson Blvd RJW 135 Warwick, RI  02886 | Final distribution to claim 6 representing a payment of 15.72 % per court order. | 7100-000 | | $825.10 | $21,260.30 |
| 10/24/18 | 30006 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Distribution | | | $2,383.93 | $18,876.37 |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 7          ($622.98) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 8        ($1,122.98) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 9          ($482.38) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 11          ($155.59) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| 10/24/18 | 30007 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City, OK  73126-8941 | Final distribution to claim 10 representing a payment of 15.72 % per court order. | 7100-000 | | $1,165.53 | $17,710.84 |
| 10/24/18 | 30008 | Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Distribution | | | $7,772.30 | $9,938.54 |
| | | Fia Card Services, N.A. | Final distribution to claim 12          ($875.44) representing a payment of 15.72 % per court order. | 7100-000 | | | |

| | | | |
|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 22)* | Page Subtotals: | $0.00 | $15,117.72 |

Page: 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04651 | Trustee Name: RONALD R. PETERSON |
| Case Name: Eui Ro Lee | Bank Name: Associated Bank |
| Gloria Lee | Account Number/CD#: XXXXXX8604 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6518 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Fia Card Services, N.A. | Final distribution to claim 13 representing a payment of 15.72 % per court order. | ($1,509.57) | 7100-000 | | | |
| | | Fia Card Services, N.A. | Final distribution to claim 14 representing a payment of 15.72 % per court order. | ($1,497.78) | 7100-000 | | | |
| | | Fia Card Services, N.A. | Final distribution to claim 15 representing a payment of 15.72 % per court order. | ($712.59) | 7100-000 | | | |
| | | Fia Card Services, N.A. | Final distribution to claim 16 representing a payment of 15.72 % per court order. | ($2,028.24) | 7100-000 | | | |
| | | Fia Card Services, N.A. | Final distribution to claim 17 representing a payment of 15.72 % per court order. | ($1,148.68) | 7100-000 | | | |
| 10/24/18 | 30009 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Distribution | | | $1,927.20 | $8,011.34 |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 18 representing a payment of 15.72 % per court order. | ($532.39) | 7100-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 22 representing a payment of 15.72 % per court order. | ($156.84) | 7100-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 23 representing a payment of 15.72 % per court order. | ($316.84) | 7100-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 24 representing a payment of 15.72 % per court order. | ($783.92) | 7100-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 25 representing a payment of 15.72 % per court order. | ($137.21) | 7100-000 | | | |

Page Subtotals:                    $0.00              $1,927.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 13-04651 | | | Trustee Name: RONALD R. PETERSON | | | |
| Case Name: Eui Ro Lee | | | Bank Name: Associated Bank | | | |
| Gloria Lee | | | Account Number/CD#: XXXXXX8604 | | | |
| | | | Checking Account (Non-Interest Earn | | | |
| Taxpayer ID No: XX-XXX6518 | | | Blanket Bond (per case limit): $54,824,000.00 | | | |
| For Period Ending: 02/14/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/18 | 30010 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $2,445.86 | $5,565.48 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 19 ($435.04) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 20 ($2,010.82) representing a payment of 15.72 % per court order. | 7100-000 | | | |
| 10/24/18 | 30011 | American Express Bank, Fsb Becket And Lee Llp Attorneys/Agent For Creditor Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 21 representing a payment of 15.72 % per court order. | 7100-000 | | $641.97 | $4,923.51 |
| 10/24/18 | 30012 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 26 representing a payment of 15.72 % per court order. | 7100-000 | | $3,701.29 | $1,222.22 |
| 10/24/18 | 30013 | Portfolio Recovery Associates, Llc By Pra Receivables Management, Llc, Agen Successor To Capital One, N.A. Pob 41067 Norfolk, Va 23541 | Final distribution to claim 27 representing a payment of 15.72 % per court order. | 7100-000 | | $575.70 | $646.52 |
| 10/24/18 | 30014 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Associat Pob 41067 Norfolk, Va 23541 | Final distribution to claim 28 representing a payment of 15.72 % per court order. | 7100-000 | | $498.34 | $148.18 |
| 10/24/18 | 30015 | Portfolio Recovery Associates, Llc Us Bank National Association Nd (Skypass Visa) By Pra Receivables Management, Llc Po Box 41067 Norfolk, Va 23541 | Final distribution to claim 29 representing a payment of 15.72 % per court order. | 7100-000 | | $148.18 | $0.00 |

Page Subtotals:                $0.00        $8,011.34

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $36,033.87 | $36,033.87 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,033.87 | $36,033.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,033.87 | $36,033.87 |

Page Subtotals: $0.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-04651 | |
| Case Name: | Eui Ro Lee | |
| | Gloria Lee | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | Axos Bank |
| Account Number/CD#: | XXXXXX0185 |
| | Checking |

Taxpayer ID No: XX-XXX6518

Blanket Bond (per case limit): $54,824,000.00

For Period Ending: 02/14/2019

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $0.00 | $0.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0185 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX8604 - Checking Account (Non-Interest Earn | $36,033.87 | $36,033.87 | $0.00 |
| | $36,033.87 | $36,033.87 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,033.87 |
| Total Gross Receipts: | $36,033.87 |

Page Subtotals:                    $0.00        $0.00